```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

```
DORIS J. CRUZ, ET AL.            :

       Plaintiffs                :

       vs.                       :     CIVIL NO. 05-1250 (JAF)

JOHN E. POTTER, POSTMASTER       :
GENERAL OF THE UNITED STATES
POST OFFICE, ET AL.              :

       Defendants                :
---------------------------------
```

## **O R D E R**

Defendants' Motion in Limine is hereby denied.

The parties should be notified by phone.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 1st day of August, 2006.

                                  s/JUAN R. TORRUELLA
                                  United States Circuit Judge