```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO


DORIS J. CRUZ, ET AL.          :

         Plaintiffs            :

         vs.                   :    CIVIL NO. 05-1250 (JAF)

JOHN E. POTTER, POSTMASTER     :
GENERAL OF THE UNITED STATES
POST OFFICE, ET AL.            :

         Defendants            :
-------------------------------
```

### **O R D E R**

    Defendants' Motion for Reconsideration is DENIED.

    The parties should be notified by phone.

    IT IS SO ORDERED.

    At San Juan, Puerto Rico, this 4th day of August, 2006.


                                          s/JUAN R. TORRUELLA
                                          United States Circuit Judge